# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PINK FLOYD (1987) LIMITED, | |
| Plaintiff, | Civil Action No.: 1:23-cv-14532 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey I. Cummings |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, November 21, 2023, at 10:30 a.m., Plaintiff, by its counsel, shall appear by remote means, before the Honorable Charles P. Kocoras, for the U.S. District Court for the Northern District of Illinois, and present Plaintiff's Motion for Entry of Default Judgment against the Defendants Identified in Schedule A.

DATED: November 14, 2023                                Respectfully submitted,

                                                             */s/ Keith A. Vogt*
                                                             Keith A. Vogt (Bar No. 6207971)
                                                             Keith Vogt, Ltd.
                                                             33 West Jackson Boulevard, #2W
                                                            Chicago, Illinois 60604
                                                            Telephone: 312-971-6752
                                                            E-mail: keith@vogtip.com

                                                            ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 14, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

                                         /s/ *Keith A. Vogt*
                                         Keith A. Vogt