Pink Floyd (1987) Limited

                                              Plaintiff,

v.                                                                              Case No.: 1:23−cv−14532

                                                                                                Honorable Charles P. Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 16, 2023:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's motion for default judgment [27] is taken under advisement. The 11/21/23 notice of motion date is stricken. The Court will rule by mail. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.