# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Pink Floyd (1987) Limited

                        Plaintiff,

v.                                    Case No.: 1:23−cv−14532

                                    Honorable Charles P. Kocoras

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 16, 2023:

    MINUTE entry before the Honorable Charles P. Kocoras:Plaintiff's motion for entry of default and default judgment against the defendants identified in Schedule A [27] is granted. Plaintiff's counsel is directed to submit a proposed default judgment order to: Proposed_Order_Kocoras@ilnd.uscourts.gov by 11/20/23.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.